William S. Newburger, for appellants. Lee J. Frank and Charles H. Pease, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

United Plumbing and Heating Company, appellee, v. Greenduck Company, appellant. Gen. No. 26,553.

Suit for labor and material furnished for the installation of a heating system in defendant's premises. Judgment entered for part of claim deemed admitted and suit ordered to proceed as to balance. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Robert E. Gentzel, for appellant; William J. Corrigan, of counsel. Joseph Rosenberg, for appellee; Benjamin Rosenberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

J. McDonnell, appellant, v. S. Warman, appellee. Gen. No. 26,575.

Judgment by confession on a promissory note signed by defendant. Defendant given leave to plead and defend. Judgment on verdict for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Sinden, Hassell & Osusky, for appellant. William G. Thon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Carl Edward Ritterby, by Malwina Ritterby, appellee, v. Chicago Railways Company, appellant. Gen. No. 26,587.

Suit on behalf of a minor by his next friend for damages for personal injuries sustained by falling with his caretaker from defendant's street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed June 13, 1921.

Charles LeRoy Brown, for appellant; John R. Guilliams and Joseph D. Ryan, of counsel. John Hugh Lally, for appellee. Albert B. Holecek, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

George W. Varney, appellee, v. Edward Hazelhurst, appellant. Gen. No. 26,609.

Action for forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

William Sherman Stahl, for appellant. Ernest R. Reichmann, for appellee; Jerome J. Sladkey, of counsel.